```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEVEN ROBERTS,          :
                         :
          Plaintiff,     :
                         :        06 Civ. 5966 (RMB)
     - against -         :
                         :        **ADMINISTRATIVE ORDER**
AIG GLOBAL INVESTMENT CORP.,        :
AMERICAN INTERNATIONAL GROUP, INC., :
and JUDY LOMBARDO,       :
                         :
          Defendants.    :
------------------------------------------------------------x

      This case having been reassigned from Judge Lynch to the undersigned, the parties are hereby directed to appear before the Court for a status conference to discuss, among other things, a new trial date and pending motions in limine, on Wednesday, October 28, 2009 at 9:30 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       October 15, 2009

                                                        _RMB_____
                                                 **RICHARD M. BERMAN, U.S.D.J.**