```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/10
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STEVEN ROBERTS,                                  :
                                                 :
                Plaintiff,             :
                                                 :   06 Civ. 5966 (RMB)
       -against-                               :
                                                 :   **ADMINISTRATIVE ORDER**
AIG GLOBAL INVESTMENT CORP. and                  :
AMERICAN INTERNATIONAL GROUP, INC., :
                                                 :
                Defendants.            :
------------------------------------------------------------X

The parties are directed to appear for a status and settlement conference with principals before the Court on September 16, 2010 at 9:30 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       July 29, 2010



                       **RICHARD M. BERMAN, U.S.D.J.**