UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEVEN ROBERTS,

      Plaintiff,

  - against -

AIG GLOBAL INVESTMENT CORP., et al.,

      Defendants.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/10
```

06 Civ. 5966 (RMB)

**ORDER OF DISCONTINUANCE**

  Based upon Defendants' letter, dated November 18, 2010, indicating that "the parties have agreed to settle this case," it is hereby

  **ORDERED**, that the final pre-trial conference scheduled for November 22, 2010 is vacated; and it is further

  **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before December 17, 2010 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

Dated: November 18, 2010
   New York, New York

                 _____
                 RICHARD M. BERMAN, U.S.D.J.